IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

UNITED SERVICES AUTOMOBILE ASSOCIATION

VS.                                          CIVIL ACTION NO. 2:09CV226-WAP-DAS

STATE FARM FIRE AND CASUALTY COMPANY

**ORDER**

This matter is before the court following a motion to remand filed by the plaintiff, United Services Automobile Association. Because a motion to remand has now been filed, all proceedings herein, including the Case Management Conference and all motions filed by the parties herein, but excluding discovery relating to the remand issues, shall be and are hereby stayed pending the court's ruling on the plaintiffs' Motion to Remand.

Also before the court is a motion for an extension of time to answer the complaint (# 3), a motion to stay discovery (# 4), and a motion to allow limited discovery (# 7). Because the action is now stayed pending the motion to remand, these motions will be DENIED AS MOOT. Should the motion to remand be denied, the parties may re-file any motions they deem appropriate.

IT IS FURTHER ORDERED that should the plaintiffs' Motion to Remand be denied, plaintiffs' counsel shall contact the court within ten days of the denial to advise of the need to re-schedule the Case Management Conference.

SO ORDERED this, the 15th day of January, 2010.

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE